2:07-CV-831-MEF

AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| UNITED STATES DISTRICT COURT | District Middle District of Alabama |
|---|---|
| Name of Movant Jennifer Dorsey | Prisoner No. 11759-002 | Case No. 2:05CR208-MEF |
| Place of Confinement Marianna Federal Prison Camp, 3625 FCI Road, Marianna, FL 32446 | | |

RECEIVED 2007 SEP 14 A 9:41 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA.

UNITED STATES OF AMERICA    v.    Jennifer Dorsey

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack  U.S. District Court, Middle District of Alabama, One Church St., Montgomery, AL 36104

2. Date of judgment of conviction  September 11, 2006

3. Length of sentence  70 Months

4. Nature of offense involved (all counts)  21:841(A)(1) Controlled Substance, Sell, Distribute or Dispense and 18:922(G)(3) Unlawful Transport of Firearms

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)  N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?  N/A
   Yes ☐    No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐    No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court ___N/A___

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

   Yes ☐    No ☒

11. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court ___N/A___

      (2) Nature of proceeding _____

      (3) Grounds raised _____

      (4) Did you receive an evidentiary hearing on your petition, application or motion?

        Yes ☐    No ☐

      (5) Result _____

      (6) Date of result _____

   (b) As to any second petition, application or motion give the same information:

      (1) Name of court ___N/A___

      (2) Nature of proceeding _____

      (3) Grounds raised _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result __N/A__

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐    No ☒
(2) Second petition, etc.   Yes ☐    No ☒

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not

The Attorney failed to fulfill his obligation by not telling defendant that she had ten days to file an Appeal. He told her that his representation ended on the day she was sentenced. The defendant lacked the knowledge to know the process of an Appeal or that any Appeal was an available option.

2. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

<u>Caution:</u>   <u>If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.</u>

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorabl to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A.   Ground one: __Denial of right of Appeal.__

Supporting FACTS (state *briefly* without citing cases or law)

The Attorney failed to fulfill his obligation by not telling her that she had ten days to file an Appeal. He told her that his representation ended on the day she was sentenced. The defendant lacked the knowledge to know the process of an Appeal or that any Appeal was an available option.

B.   Ground two: __Gun Enhancement.__

Supporting FACTS (state *briefly* without citing cases or law)

Defendant was a single Mother, owned a gun and had a permit.
The gun was located in her nightstand drawer and was not connected to the charge.

C.   Ground three: __N/A__

Supporting FACTS (state *briefly* without citing cases or law)

(5)

   D.   Ground four: __N/A__

      Supporting FACTS (state *briefly* without citing cases or law) _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: __None were ever filed, as Defendant didn't know an Appeal could be filed.__

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

   (a) At preliminary hearing __Was first represented by a female attorney (do not know her name) and they changed my attorneys, as it would have been a conflict if she had represented me.__

   (b) At arraignment and plea __Mr. Jay Lewis, 847 S. McDonough St., Montgomery, AL 36104__

   (c) At trial __N/A__

   (d) At sentencing __Mr. Jay Lewis, 847 S. McDonough St., Montgomery, AL 36104__

AO 243 (Rev. 2/95)

(e) On appeal _____ N/A _____

(f) In any post-conviction proceeding _____ N/A _____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐    No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐    No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____
        _____ N/A _____

    (b) Give date and length of the above sentence: _____ N/A _____

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐    No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

9/10/07
(Date)

_____
Signature of Movant
JENNIFER DORSEY

(7)

JENNIFER DORSEY
#11759-002
MARIANNA FPC
P. O. BOX 7006
MARIANNA, FL 32447-7006



CLERK OF COURT
U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
ONE CHURCH STREET
MONTGOMERY, AL 36104

MAIL ROOM
SEP 11 2007

FEDERAL CORRECTIONAL INST.
3625 FCI ROAD, MARIANNA, FL 24440
DATE_____
THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

CLOSED

# U.S. District Court
## Alabama Middle District (Montgomery)
### CRIMINAL DOCKET FOR CASE #: 2:05-cr-00208-MEF-SRW-1
### Internal Use Only

Case title: USA v. Dorsey

Date Filed: 09/08/2005
Date Terminated: 09/13/2006

Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Susan Russ Walker

**Defendant**

**Jennifer Dorsey** (1)
*TERMINATED: 09/13/2006*

represented by **Federal Defender**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: ECFCMALM@fd.org
*TERMINATED: 09/21/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Christine A. Freeman**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 1960
Montgomery, AL 36104
334-834-2099
Fax: 834-0353
Email: christine_freeman@fd.org
*TERMINATED: 09/21/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Lewis**
Law Offices of Jay Lewis, LLC
PO Box 5059

Montgomery, AL 36103-5059
334-263-7733
Fax: 832-4390
Email: j-lewis@jaylewislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:841(a)(1)CONTROLLED
SUBSTANCE - SELL, DISTRIBUTE,
OR DISPENSE - NMT $1,000,000;
NMT 20Y; B; NLT 3Y SUP REL;
G-LINES; VWPA; $100 SA
(1)

18:922(g)(3) UNLAWFUL
TRANSPORT OF FIREARMS - NMT
$250,000; {*}; NMT 10Y; B; NMT 3Y
SUP REL; G-LINES; VWPA; $100 SA
(FORFEITURE ALLEGATION)
(3)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:924(c)(1)(A)VIOLENT
CRIME/DRUGS/GUN - NMT
$250,000; {*}; NLT 5Y; B; NMT 5Y
SUP REL; G-LINES; VWPA; $100 SA
(2)

**Highest Offense Level (Terminated)**

Felony

**Complaints**

21:841(a)(1) Knowingly and
intentionally possess with intent to
distribute approximately 373.4 grams of
amphetamine.

**Disposition**

70 MOS IMPR. (to run concur. w/ct. 3);
3 YRS. SUP REL (to run concur. w/ct.
3); $100 SA

70 MOS IMPR. (to run concur. w/ct. 1);
3 YRS. SUP REL (to run concur. w/ct.
1); $100 SA

**Disposition**

DISMISSED ON GOVERNMENT'S
MOTION

**Disposition**

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **A. Clark Morris**<br>U.S. Attorney's Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 223-7560<br>Email: clark.morris@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John T. Harmon**<br>U.S. Attorneys Office<br>PO Box 197<br>Montgomery, AL 36101-0197<br>334-223-7280<br>Fax: 334-223-7560<br>Email: john.harmon@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2005 | 1 | COMPLAINT as to Jennifer Dorsey (1). (ws ) [2:05-mj-00097-CSC] (Entered: 08/24/2005) |
| 08/24/2005 | | Case unsealed as to Jennifer Dorsey pursuant to the notice of arrest received from the U.S. Marshal Service. (ws, ) [2:05-mj-00097-CSC] (Entered: 08/24/2005) |
| 08/24/2005 | 3 | (Court only) Limits of Punishment as to Jennifer Dorsey: (ws, ) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| 08/24/2005 | 4 | CJA 23 Financial Affidavit by Jennifer Dorsey (ws, ) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| 08/24/2005 | | Arrest of Jennifer Dorsey (ws, ) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| 08/24/2005 | 5 | Minute Entry for proceedings held before Judge Charles S. Coody :Initial Appearance as to Jennifer Dorsey held on 8/24/2005 (Recording Time FTR: 3:40 - 3:44) (ws ) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| 08/24/2005 | | ORAL MOTION to Appoint Counsel by Jennifer Dorsey. (ws ) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| 08/24/2005 | | ORDER(ORAL)granting Oral Motion to Appoint Counsel: Federal Defender for Jennifer Dorsey appointed as to Jennifer Dorsey (1). Signed by Judge Charles S. Coody on 8/24/05. (ws) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |

| 08/24/2005 | 6 | Appearance Bond Entered as to Jennifer Dorsey in amount of $ $25,000.00 (ws) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| --- | --- | --- |
| 08/24/2005 | 7 | ORDER Setting Conditions of Release as to Jennifer Dorsey (1) $25,000 Non-surty Appearance Bond entered. Signed by Judge Charles S. Coody on 8/24/05. (ws, ) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| 08/25/2005 | 8 | ORDER as to Jennifer Dorsey: Preliminary Examination set for 8/29/2005 09:00 AM in Courtroom 4B before Honorable Charles S. Coody. Signed by Judge Charles S. Coody on 8/25/05. (ws) [2:05-mj-00097-CSC] (Entered: 08/25/2005) |
| 08/29/2005 | 9 | ORDER as to Jennifer Dorsey that based on the evidence presented at the preliminary hearing held, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed it and that the defendant be held to answer the charges against her in this court . Signed by Judge Charles S. Coody on 8/29/05. (ws) [2:05-mj-00097-CSC] (Entered: 08/29/2005) |
| 08/29/2005 | 10 | Minute Entry for proceedings held before Judge Charles S. Coody :Preliminary Examination as to Jennifer Dorsey held on 8/29/2005 (Recording Time FTR: 9:00 - 9:30.) (Attachments: # 1 Witness List) (ws, ) [2:05-mj-00097-CSC] (Entered: 08/29/2005) |
| 08/29/2005 | 11 | (Court only) Arrest Warrant Returned Executed in case as to Jennifer Dorsey. Defendant arrested on 8/24/05. (ws, ) [2:05-mj-00097-CSC] (Entered: 08/29/2005) |
| 08/30/2005 | 12 | NOTICE OF ATTORNEY APPEARANCE: Christine A. Freeman appearing for Jennifer Dorsey (Freeman, Christine) [2:05-mj-00097-CSC] (Entered: 08/30/2005) |
| 09/08/2005 | 13 | INDICTMENT as to Jennifer Dorsey (1) count(s) 1, 2, 3. (jct, ) (Entered: 09/12/2005) |
| 09/12/2005 | 14 | Summons Issued in case as to Jennifer Dorsey: Arraignemnt set for September 21, 2005 at 10:00 a.m. before Mag. Judge Susan Russ Walker in Courtroom 5B. (jct, ) (Entered: 09/12/2005) |
| 09/12/2005 |  | Set/Reset Hearings as to Jennifer Dorsey: Arraignment set for 9/21/2005 10:00 AM in Courtroom 5B before Honorable Susan Russ Walker. (jct, ) (Entered: 09/12/2005) |
| 09/12/2005 | 15 | NOTICE OF ATTORNEY APPEARANCE: Jay Lewis appearing for Jennifer Dorsey (Lewis, Jay) (Entered: 09/12/2005) |
| 09/12/2005 | 17 | (Court only) Limits of Punishment as to Jennifer Dorsey: (jct, ) (Entered: 09/20/2005) |
| 09/20/2005 | 16 | (Court only) Summons Returned Executed on 9/16/05 as to Jennifer Dorsey (kcg, ) (Entered: 09/20/2005) |

| | | |
|---|---|---|
| 09/20/2005 | 18 | MOTION to Withdraw as Attorney by Christine A. Freeman. by Jennifer Dorsey. (Freeman, Christine) (Entered: 09/20/2005) |
| 09/21/2005 | 19 | WAIVER of Speedy Trial by Jennifer Dorsey (jct, ) (Entered: 09/21/2005) |
| 09/21/2005 | 20 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Jennifer Dorsey (1) Count 1,2,3 held on 9/21/2005, Plea entered by Jennifer Dorsey Not Guilty on counts 1,2,3. (Recording Time 11:54 - 12:00.) (jct, ) (Entered: 09/21/2005) |
| 09/21/2005 | 21 | STAMPED ORDER granting 18 Motion to Withdraw as Attorney by Christine Freeman as to Jennifer Dorsey (1). Signed by Judge Susan Russ Walker on 9/21/05. (kcg, ) (Entered: 09/21/2005) |
| 09/21/2005 |  | Attorney update in case as to Jennifer Dorsey. Attorney Federal Defender and Christine A. Freeman terminated. (kcg, ) (Entered: 09/21/2005) |
| 09/26/2005 | 22 | ORDER ON ARRAIGNMENT TO INCLUDE ORDER TO CONTINUE - Ends of Justice as to Jennifer Dorsey. Pretrial Conference set for 10/17/2005 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Jury Trial set for 6/5/2006 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due by 10/15/2005. Response to Motion due by 10/27/2005. Discovery due by 10/3/2005. Signed by Judge Susan Russ Walker on 9/26/05. (kcg, ) (Entered: 09/26/2005) |
| 09/30/2005 | 23 | CJA 20 as to Jennifer Dorsey: Appointment of Attorney Jay Lewis for Jennifer Dorsey. . Signed by Judge Susan Russ Walker on 9/30/05. (kcg, ) (Entered: 09/30/2005) |
| 10/17/2005 | 24 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Jennifer Dorsey held on 10/17/2005 (Recording Time 3:22 - 3:23.) (jct, ) (Entered: 10/18/2005) |
| 10/18/2005 | 25 | PRETRIAL CONFERENCE ORDER as to Jennifer Dorsey Jury Selection set for 6/5/2006 before Hon. Chief Judge Mark E. Fuller. Jury Trial (which is expected to last 2 days) is set for 6/5/2006 before Hon. Chief Judge Mark E. Fuller. Pretrial Conference set for 5/15/2006 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Voir Dire due by 5/30/2006; Proposed Jury Instructions due by 5/30/2006; Motions in Limine due by 5/30/2006 Plea Agreement due by 5/30/2006. Signed by Judge Susan Russ Walker on 10/18/05. (kcg, ) (Entered: 10/18/2005) |
| 05/15/2006 | 26 | Minute Entry for proceedings held before Judge Susan Russ Walker :Pretrial Conference as to Jennifer Dorsey held on 5/15/2006 (Recording Time 3:17 - 3:18.) (jct, ) (Entered: 05/15/2006) |
| 05/23/2006 | 27 | NOTICE OF INTENT TO CHANGE PLEA by Jennifer Dorsey (Lewis, Jay) (Entered: 05/23/2006) |
| 05/23/2006 | 28 | ORDER as to Jennifer Dorsey re 27 Notice of Intent to Change Plea: Change of Plea Hearing set for 5/25/2006 03:00 PM in Courtroom 5B before Honorable Susan Russ Walker. Directing the Clerk to provide a |

| | | court reporter for this proceeding. Directing U. S. Marshal to produce defendant for this proceeding if defendant is in custody. Signed by Judge Susan Russ Walker on 5/23/06. (jct, ) (Entered: 05/23/2006) |
|---|---|---|
| 05/25/2006 | 29 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Jennifer Dorsey (jct, ) (Entered: 05/25/2006) |
| 05/25/2006 | 30 | PLEA AGREEMENT as to Jennifer Dorsey (jct, ) (Entered: 05/25/2006) |
| 05/25/2006 | | ORAL ORDER accepting guilty plea and adjudicating defendant guilty as to Counts 1 & 3 of the Indictment as to Jennifer Dorsey . Signed by Judge Susan Russ Walker on 5/25/06. (jct, ) (Entered: 05/25/2006) |
| 05/25/2006 | 31 | Minute Entry for proceedings held before Judge Susan Russ Walker :Change of Plea Hearing as to Jennifer Dorsey held on 5/25/2006, Plea entered by Jennifer Dorsey (1) Guilty Count 1,3. Count 2 to be dismissed at sentencing. (Court Reporter Risa Entrekin.) (jct, ) (Entered: 05/25/2006) |
| 05/25/2006 | 32 | ORDER that the defendant be released and continued under the same conditions imposed by U. S. Magistrate Judge on 8/24/05 as to Jennifer Dorsey . Signed by Judge Susan Russ Walker on 5/25/06. (jct, ) (Entered: 05/25/2006) |
| 05/26/2006 | | Terminate Deadlines and Hearings as to Jennifer Dorsey: (kcg, ) (Entered: 05/26/2006) |
| 06/05/2006 | 33 | ORDER as to Jennifer Dorsey Sentencing set for 9/7/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller; directing counsel to communicate in writing to the probation officer by 8/17/06 any objections to the presentence report; directing counsel to be available for a conference with the probation officer on 8/18/06 at 9:00 a.m. as outlined in order; that any motion for downward departure shall be filed on or before the conference date. Signed by Judge Mark E. Fuller on 6/5/06. (jct, ) (Entered: 06/05/2006) |
| 06/05/2006 | 34 | MOTION for Forfeiture of Property *Preliminary Order of Forfeiture* by USA as to Jennifer Dorsey. (Attachments: # 1 Text of Proposed Order Preliminary Order of Forfeiture)(Harmon, John) (Entered: 06/05/2006) |
| 06/13/2006 | 35 | PRELIMINARY ORDER OF FORFEITUREgranting 34 Motion for Forfeiture of Property as to Jennifer Dorsey (1). Moreover, it is further ORDERED as follows: As a result of the guilty plea to count 3 of the indictment, for which the government sought forfeiture pursuant to Title 18, USC, Section 924 and Title 28, USC, Section 2461(c), the defendant shall forfeit to the United States all firearms and ammunition involved in the commission of the violation of Title 18, USC, Section 922(g)(3) as further set out in order.. Signed by Judge Mark E. Fuller on 6/13/2006. (sql, ) (Entered: 06/13/2006) |
| 08/18/2006 | 36 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Jennifer Dorsey. (Morris, A.) (Entered: |

| | | |
|---|---|---|
| | | 08/18/2006) |
| 08/18/2006 | 37 | MOTION for Downward Departure *and certification of substantial assistance pursuant to 5K1.1, USSG,* by USA as to Jennifer Dorsey. (Morris, A.) (Entered: 08/18/2006) |
| 08/30/2006 | 38 | ORDER as to Jennifer Dorsey Sentencing set for 9/7/2006 is hereby RE-SET for 9/11/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller.. Signed by Judge Mark E. Fuller on 8/30/2006. (sql, ) (Entered: 08/30/2006) |
| 09/02/2006 | 39 | SENTENCING MEMORANDUM by Jennifer Dorsey (Attachments: # 1 Exhibit Letters of support)(Lewis, Jay) (Entered: 09/02/2006) |
| 09/11/2006 | 40 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing held on 9/11/2006 as to Jennifer Dorsey. (Court Reporter James R. Dickens.) (Attachments: # 1 Witness List) (kcg, ) (Entered: 09/11/2006) |
| 09/11/2006 | | ORAL ORDER as to Jennifer Dorsey GRANTING 37 MOTION for Downward Departure *and certification of substantial assistance pursuant to 5K1.1, USSG,* filed by USA and GRANTING 36 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility filed by USA . Signed by Judge Mark E. Fuller on 9/11/06. (kcg, ) (Entered: 09/11/2006) |
| 09/11/2006 | | ORAL MOTION to Dismiss Count 2 of the Indictment by USA as to Jennifer Dorsey. (kcg, ) (Entered: 09/11/2006) |
| 09/11/2006 | | ORAL ORDER as to Jennifer Dorsey GRANTING ORAL MOTION to Dismiss Count 2 of the Indictment filed by USA. Signed by Judge Mark E. Fuller on 9/11/06. (kcg, ) (Entered: 09/11/2006) |
| 09/11/2006 | | ORAL MOTION to make forfeiture of gun a final part of the judgment by USA as to Jennifer Dorsey. (kcg, ) (Entered: 09/11/2006) |
| 09/11/2006 | | ORAL ORDER as to Jennifer Dorsey GRANTING ORAL MOTION to make forfeiture of gun a final part of the judgment filed by USA . Signed by Judge Mark E. Fuller on 9/11/06. (kcg, ) (Entered: 09/11/2006) |
| 09/11/2006 | 41 | DETENTION/RELEASE ORDER PENDING VOLUNTARY SURRENDER as to Jennifer Dorsey that the Court finds that there are exceptional reasons why the defendant's detention would not be appropriate, and that the defendant is not likely to flee or pose a danger to the safety of any other person or the community pending imposition of sentence. It is, therefore, ordered that the defendant be released and continued under the same conditions imposed by the U.S. Magistrate Judge on August 24, 2005 . Signed by Judge Mark E. Fuller on 9/11/06. (kcg, ) (Entered: 09/11/2006) |
| 09/12/2006 | 42 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jennifer Dorsey (ws, ) (Entered: 09/12/2006) |

| 09/13/2006 | 43 | JUDGMENT as to Jennifer Dorsey (1) - Count(s) 1: 70 MOS IMPR. (to run concur. w/ct. 3); 3 YRS. SUP REL (to run concur. w/ct. 3); $100 SA; Count(s) 3: 70 MOS IMPR. (to run concur. w/ct. 1); 3 YRS. SUP REL (to run concur. w/ct. 1); $100 SA . Signed by Judge Mark E. Fuller on 9/13/06. (ws, ) (Entered: 09/13/2006) |
|---|---|---|
| 09/13/2006 | | (Court only) ***Set/Clear Flags as to Jennifer Dorsey, ***Case Terminated as to Jennifer Dorsey (ws, ) (Entered: 09/18/2006) |
| 09/15/2006 | 44 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Jennifer Dorsey (kcg, ) (Entered: 09/15/2006) |
| 10/18/2006 | 45 | Final MOTION for Forfeiture of Property *(Motion for Final Order of Forfeiture)* by USA as to Jennifer Dorsey. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 10/18/2006) |
| 10/23/2006 | 46 | FINAL ORDER OF FORFEITURE as to Jennifer Dorsey that WHEREAS, on June 13, 2006, this Court entered a Preliminary Order of Forfeiture, ordering defendant Jennifer Dorsey to forfeit the following firearm: One Taurus.357 Caliber Revolver, bearing serial number OC41685. NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED: That the firearm is hereby forfeited to the United States, as further set out. Signed by Judge Mark E. Fuller on 10/23/06. (kcg, ) (Entered: 10/23/2006) |
| 10/23/2006 | | (Court only) ***Motions terminated as to Jennifer Dorsey: 45 Final MOTION for Forfeiture of Property *(Motion for Final Order of Forfeiture)* filed by USA,. (kcg, ) (Entered: 10/23/2006) |
| 10/31/2006 | 47 | Process Receipt and Return of Notice to Montgomery Advertiser as to Jennifer Dorsey on 10/31/06. (kcg, ) (Entered: 11/02/2006) |
| 11/01/2006 | 48 | Process Receipt and Return of Preliminary Order of Forfeiture as to Jennifer Dorsey on 11/1/06. (kcg, ) (Entered: 11/02/2006) |
| 11/01/2006 | 49 | Process Receipt and Return of Final Order of Forfeiture as to Jennifer Dorsey on 11/1/06. (kcg, ) (Entered: 11/02/2006) |
| 12/06/2006 | 50 | Judgment Returned Executed as to Jennifer Dorsey at FPC Marianna, FL. on 11/27/06. (kcg, ) (Entered: 12/06/2006) |