IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DISTRICT

UNITED STATES OF AMERICA,
    Plaintiff

v.

JENNIFER DORSEY,
    Defendant        :

2:07-CV-831-MEF

Case No. 2:05CR208-MEF

## MOTION TO PROCEED PRO-SE

COMES NOW, JENNIFER DORSEY, Pro Se, requesting that this Honorable Court grant my Motion to Proceed Pro Se. I would like to reserve the right to request a Court Appointed Attorney, if deemed necessary.

WHEREFORE, I request this Honorable Court to grant my Pro Se Motion.

This 10th day of September, 2007.

Respectfully submitted,

*Jennifer Dorsey*
Jennifer Dorsey, Pro Se
Federal Reg. #11759-002
Marianna FPC
Cherokee A
P. O. Box 7006
Marianna, FL 32447-7006