IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DISTRICT

RECEIVED

2007 SEP 14 A 9: 41

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

UNITED STATES OF AMERICA,
    Plaintiff

v.

JENNIFER DORSEY,
    Defendant

2:07-cv-831-MEF

Case No. 2:05CR208-MEF

## MOTION FOR EXTENSION OF TIME IN ORDER TO FILE MEMORANDUM OF LAW IN SUPPORT OF § 2255

COMES NOW, JENNIFER DORSEY, Pro Se, requesting that this Honorable Court grant me an extension of forty-five (45) days in order to submit my Memorandum of Law in support of § 2255.

The reason for my Motion for an extension is to allow me time to receive legal documents requested from my Attorney. Also, I need to request additional research books from the FCI Marianna Law Library. In requesting books from the FCI, I am only limited to doing research on the weekends due to the fact the books have to be back to the FCI by Monday morning. Therefore, I am not having the ample time to do research in order to prepare my Memorandum of Law.

WHEREFORE, I am requesting this extension of time in order to properly prepare my Memorandum of Law as required by this Court. I pray this Honorable Court will grant me the time in order to get the proper documents from my Attorney, as well as, do extensive research.

This 10th day of September, 2007.

Respectfully submitted,

*Jennifer Dorsey*
Jennifer Dorsey, Pro Se
Federal Reg. #11759-002
Marianna FPC
Cherokee A
P. O. Box 7006
Marianna, FL 32447-7006

CERTIFICATE OF SERVICE

I, Jennifer Dorsey, hereby certify that I have placed a true and correct copy of the foregoing documents in the institutional mailbox at Marianna FPC in a postage-sufficient envelope to the following:

>Ms. Clark Morris
>Assistant U.S. Attorney
>Middle District of Alabama
>One Court Square
>Room 201
>Montgomery, AL 36104

This 10Th day of September, 2007.

>Respectfully submitted,
>
>Jennifer Dorsey, Pro se
>Federal Reg. #11759-002
>Marianna Federal Prison Camp
>Cherokee A
>P. O. Box 7006
>Marianna, FL 32447-7006