IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.            ) | Criminal Case No. 2:07-cv-831-MEF-SRW |
| ) | |
| JENNIFER DORSEY   ) | |

**MOTION TO WITHDRAW AFFIDAVIT OF COUNSEL**

COMES NOW Jay Lewis, appointed attorney for defendant Jennifer Dorsey ("Dorsey") and moves the Court for leave to withdraw his Affidavit of Counsel and as grounds would show the Court as follows:

The said affidavit was filed prematurely, as it lacks a signature and verification.

RESPECTFULLY SUBMITTED this 22nd day of October, 2007.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2007, I served the foregoing on the following by first class mail, properly addressed and postage prepaid, or I electronically filed with the Clerk of the Court the foregoing document through the CM/ECF system, which will send notification of such filing to the following individuals:

A. Clark Morris, Esq.
John T. Harmon, Esq.

Jennifer Dorsey
#11759-002
Marianna FPC
P.O. Box 7006
Marianna, FL 32447-7006

                                                /s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
LAW OFFICES OF JAY LEWIS, LLC
P.O. Box 5059
Montgomery, Alabama, 36104
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J